UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI PORTNOY,<br><br>    Plaintiff - Appellant,<br><br>    v.<br><br>CAROLYN K. DELANEY, U.S. MAGISTRATE JUDGE, et. al.,<br><br>    Defendants - Appellees. | No. 15-cv-01839-TLN-AC<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** |

On February 1, 2016, Plaintiff/Appellant Sergei Portnoy (Appellant) appealed the Order of this Court adopting the findings and recommendations in his action. (ECF No. 8.) This matter was referred to the Court by the Ninth Circuit for the limited purpose of determining whether *in forma pauper*is status should continue for Appellant's appeal. (ECF No. 10.) An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith or is frivolous. 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *forma pauperis* status is appropriate where district court finds the appeal to be frivolous).

The Court has carefully reviewed Appellant's record and finds that Appellant's claims are without merit and the appeal is frivolous. Accordingly, the Court hereby revokes Appellant's *in forma pauperis* status and orders the case closed.

1

1 **IT IS SO ORDERED.**

3 Dated: February 10, 2016

Troy L. Nunley
United States District Judge

2